SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822)
ngeannacopulos@seyfarth.com
Amy K. Skryja (SBN 214826)
askryja@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: 415-397-2823
Facsimile: 415-397-8549

Attorneys for Defendants
OCEAN PARK HOTELS - MNY, LLC, RB MONTEREY,
HOSPITALITY VENTURES MANAGEMENT-CALIFORN
and CARLOS MONROY

LAW OFFICES OF BRUCE R. BERNSTEIN
Bruce R. Bernstein
2670 Leavenworth Street
San Francisco, CA 94133
Telephone: 415-474-1805
Facsimile: 415-474-1806

Attorneys for Plaintiff
MARIA VILLATORO

**DENIED**
Judge James Ware
3/1/2010

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VILLATORO, | Case No. C 09-05506 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION FOR REMAND** |
| vs. | |
| OCEAN PARK HOTELS - MNY, LLC; RB MONTEREY, LLC; HOSPITALITY VENTURES MANAGEMENT-CALIFORNIA, LLC; CARLOS MONROY; and DOES 1 through 40, | |
| Defendants. | |

Plaintiff Maria Villatoro ("Plaintiff") and Defendants Ocean Park Hotels - MNY, LLC, RB Monterey LLC; Hospitality Ventures Management-California and Carlos Monroy ("Defendants"), by and through their attorneys of record, hereby stipulate as follows:

**WHEREAS,**

1. The hearing date for Plaintiff's Motion to Remand Removed Action is presently set for March 15, 2010 at 9:00 a.m. in Department 8.

2. The parties have met and conferred regarding Plaintiff's Motion to Remand and wish to continue the hearing date until after the parties have completed mediation.

3. The parties therefore have agreed to continue the hearing date on Plaintiff's Motion to Remand Removed Action from March 15, 2010 until May 24, 2010 at 9:00 a.m. in Department 8.

3. The parties further agree that the filing deadline for Defendants' Opposition to Plaintiff's Motion to Remand Removed Action shall be moved until May 3, 2010, and Plaintiff's Reply to Defendants' Opposition to Motion to Remand Removed Action shall be moved until May 10, 2010.

NOW, THEREFORE, all parties hereto stipulate and agree that the Court may enter an Order vacating the March 15, 2010 hearing date and setting the hearing for May 24, 2010. All filings deadlines shall be reset based on the May 24, 2010 hearing date.

DATED: February 22, 2010        SEYFARTH SHAW LLP

By _____
Amy K. Skryja
Attorneys for Defendants
Ocean Park Hotels - MNY, LLC, RB Monterey, LLC, Hospitality Ventures Management-California, LLC, and Carlos Monroy

DATED: February 19, 2010        LAW OFFICES OF BRUCE R. BERNSTEIN
Bruce R. Bernstein

By _____
Bruce R. Bernstein
Attorneys for Plaintiff
Maria Villatoro

IT IS SO ORDERED
The Stipulation is DENIED. The March 15, 2010 Hearing and Case Management Conference remain on calendar as previously scheduled.
DATED: __March 1, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

12097591v.1