# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge James Ware

3/1/2010

MARIA VILLATORO

　　　　　　　　　　Plaintiff(s),          CASE NO. C 09-05506 JW

　　　　　v.

OCEAN PARK HOTELS - MNY, LLC; RB          STIPULATION AND [PROPOSED]
MONTEREY, LLC; HOSPITALITY               ORDER SELECTING ADR PROCESS
VENTURES MANAGEMENT -
CALIFORNIA LLC.; CARLOS MONROY
and DOES 1 through 40

　　　　　　　　　　Defendant(s)

---

　　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR *(please identify process and provider)* Private mediator

---

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☐ other requested deadline _____

Dated: Februaary 19, 2010

　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　Bruce Bernstein

Dated: February 22, 2010

　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Amy K. Skryja

American LegalNet, Inc.
www.USCourtForms.com