```
LAW OFFICES OF BRUCE R. BERNSTEIN
Bruce R. Bernstein (SBN 104230)
2670 Leavenworth Street
San Francisco, CA 94133
Telephone: 415-474-1805
Facsimile:  415-474-1806

Attorneys for Plaintiff
MARIA VILLATORO


SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822)
ngeannacopulos@seyfarth.com
Amy K. Skryja (SBN 214826)
askryja@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: 415-397-2823
Facsimile: 415-397-8549

Attorneys for Defendants
OCEAN PARK HOTELS, MNY, LLC, RB MONTEREY, LLC,
HOSPITALITY VENTURES MANAGEMENT-CALIFORNIA, LLC,
and CARLOS MONROY
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARIA VILLATORO, | ) | Case No. C 09-05506 JW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |
| vs. | ) ) | |
| OCEAN PARK HOTELS - MNY, LLC; RB MONTEREY, LLC; HOSPITALITY VENTURES MANAGEMENT-CALIFORNIA, LLC; CARLOS MONROY; and DOES 1 through 40, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Plaintiff MARIA VILLATORO ("Plaintiff") and Defendants Ocean Park Hotels, MNY, LLC, RB Monterey, LLC, Hospitality Ventures Management-California, LLC, and Carlos Monroy ("Monroy") (collectively "Defendants") through their designated counsel that the above-captioned action be and hereby is

1

1  **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1).
2  Undersigned counsel represent that they are fully authorized by their respective clients to enter
3  into this Stipulation for Dismissal. Parties are to bear their own costs of suit and attorneys' fees.

DATED: July 8, 2010         LAW OFFICES OF BRUCE R. BERNSTEIN
                            Bruce R. Bernstein

                            By_____
                            Bruce R. Bernstein
                            Attorneys for Plaintiff Maria Villatoro

DATED: July 15, 2010        SEYFARTH SHAW LLP

                            By_____
                            Amy K. Skryja
                            Attorneys for Defendants Ocean Park Hotels, MNY, LLC,
                            RB Monterey, LLC, Hospitality Ventures Management-
                            California, LLC, and Carlos Monroy

## ORDER

**IT IS HEREBY ORDERED** that:

The above-entitled matter, Case No. C 09-05506 JW, is **DISMISSED WITH PREJUDICE**, with parties to bear their own costs of suit and attorneys' fees. The Clerk shall close this file.

DATED: July 22, 2010

_____
HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

12483542v.1